**Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav, PRINCIPAL**

FILED
LODGED
RECEIVED

 

MAR 0 2 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# district court of the United States
# western district of Washington
# at Seattle
*Union Constitution, Article III*

NO. _2:23-cv-00333-RAJ_

# CLAIM(s) FOR DECLARATORY & INJUNCTIVE RELIEF /REMEDY(s) AND FOR AGREED PUNITIVE DAMAGES ON REVIEW OF ADMINISTRATIVE (Common-Law) RECORD

### Kenneth – Wayne: Leaming.
Constituent,
**The State of Washington, 1878,**
Public MINISTER
c/o 116 – 812 Stewart Street
Seattle
Washington
*And others similarly situated.*

### CLAIMANT /VICTIM /'PLAINTIFF'

VS.

## aka: Matthew Sampson, FIDUCIARY, et ux.
## V. A. Chief of Police
## & dba: Lt. J. Doe, et ux., VA Police
c/o 1600 S. Columbian Way
Seattle
Washington

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

aka: **Michael J. Franklin, Director, FIDUCIARY, et ux.**
**V. A. Police Service**
c/o 810 Vermont Avenue, NW
Washington
district of Columbia

**J. Doe(s) dba: Disruptive Behavior Committee, et ux.**
**& Catherine P Kaminetzky, FIDUCIARY, et ux.**
**dba:VA Puget Sound, Chief of Staff**
c/o Puget SOUND Healthcare System
1660 S Columbian Way, Mailstop S-01-COS
Seattle
Washington

**RESPONDENT(s) /"DEFENDANT(s)**

**VERIFICATION:**

State of Creation          )
                           )          ss.
House of Leaming           )

Comes now Kenneth – Wayne: Leaming, herein "VICTIM", being subject to Penalty for bearing false witness, Law of Yehevehe – Elohim [ER 902], and Affirms VICTIM is of age of majority, competent to testify, and having first hand knowledge States and Declares:

1)    VICTIM comes in Good Faith, Peace and Honor, and for curing any defects along the way; and,

**STANDING & CAPACITY**:

2)    VICTIM /"PLAINTIFF" is a living, breathing, tangible, Man of Self Determination (as recognized by the Laws of Nations) who has exhausted 'Administrative Remedies' consistent with Administrative

Procedure Act(s), Act of June 11, 1946, ch. 324, 60 Stat. 237 and affirmed for the Territorial municipal corporation (WSL 1889, c 11) through enactment of WSL 1988 c 288 for "State of Washington" (enacting the principles of Common-Law dispute resolution into Positive Law for the several district of Columbia municipal corporations commonly called UNITED STATES FEDERAL GOVERNMENT; and,

3)    Respondent(s) /"DEFENDANT(s) are People who have accepted Office /employment as executive officers under the UNITED STATES FEDERAL GOVERNMENT through its subdivision /agency VETERANS ADMINISTRATION (Health Care System) and subject to the Oath /Affirmation of Office /employment CONTRACT mandated by Article 6, clause 3:

> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## ADMINISTRATIVE RECORD /JUDGMENT

4)    The Final Administrative Record is reduced to JUDGMENT as appears in the Record of the CLERK OF SUPERIOR COURT, CARROLL COUNTY, Georgia Book 6120 Pages 155-220; and,

5)    An EVIDENTIARY [ER 902] Certified Copy of the JUDGMENT

Record is submitted herewith inclusive of the complete Administrative Record; and,

6)    The final Administrative Record EVIDENCES that the UNITED STATES FEDERAL GOVERNMENT has, by and through Tacit Procuration /Nihil Decit acting through its /their Attorney General, consented to and affirmed the FACTS appearing in the Administrative (common-law) Record /JUDGMENT by and through the FIDUCIARY of its Office of Attorney General; and,

7)    The FACTS appearing are inclusive of:    a) There are NO EXCEPTIONS to the 2nd Amendment or 4th Amendment for entry into public buildings (facilities);  b) There are NO EXCEPTIONS to the 2nd Amendment or 4th Amendment for travel by land., sea, or air; and,

**PREMISES:**

8)    The several Judges of the district court of the United States are each subject to an Oath /Affirmation CONTRACT (Union Constitution, Article 6, clause 3) incorporating by reference the Union Constitution and laws lawfully enacted thereunder; and,

9)    It is a longstanding premise, as has been articulated by and through the supreme Court that Courts hear CASES and CONTROVERSIES; and,

10)    (Retired) Chief Judge John C. Cougenour, of the district court, has repeatedly affirmed the necessity of the Exhaustion of Administrative

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

Remedies as a requisite to the Court's jurisdiction; and,

11) The Administrative Record establishes whether or not there is Evidence in Controversy upon which a trial must be held -OR- whether there is an AGREEMENT of the Parties that no Controversy exists and the Court's DUTY is to enter the Record of the CASE, as appears in the Administrative Record, as its JUDGMENT by Consent of the Parties; and,

12) The Union Constitution recognizes and mandates that the public records of each State shall be given full faith and credit throughout the union:

> Article. IV., Section. 1.
> Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

## DECLARATORY RELIEF:

13) VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that the Administrative Procedure Act(s) expressly limit Review of and Administrative Record to the FACTS appearing in the Administrative Record; and,

14) VICTIM requests and directs the court to review the Administrative

Amendment for parties 'convicted' of a 'crime' and enter its finding of NO CONTROVERSY; and,

19) VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that there are NO EXCEPTIONS, express or implied, in the language of the 2nd Amendment for parties who have been involved in a 'domestic' dispute and enter its finding of NO CONTROVERSY; and,

20) VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that there are NO EXCEPTIONS, express or implied, in the language of the 2nd Amendment for parties who may be subjected to a "Red Flag" (or similar) 'report' and enter its finding of NO CONTROVERSY; and,

21) VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to any FACT entered into the Administrative Record by Evidence presented by VICTIM, and if so, what specific FACTS of any specific EXCEPTION(s), express or implied, in the language of the subject Amendments, which are in Controversy, and the Evidence presented by the Parties upon which such Controversy may exist; and,

22) VICTIM requests and directs the court to review the Administrative Record and declare that upon entry of the JUDGMENT based on the instant Record, EVERY Officer and employee has NOTICE of the FACT

Record and declare if there is any Controversy to the FACT that there are NO EXCEPTIONS express or implied in the language of the 2nd Amendment and enter its finding of NO CONTROVERSY; and,

15)   VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that there are no exceptions, express or implied, in the language of the 2nd Amendment relating to entry into public buildings (facilities) and enter its finding of NO CONTROVERSY;

16)   VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that there is NO EXCEPTION, express or implied, in the language of the 4th Amendment for entry into public buildings (facilities) and enter its finding of NO CONTROVERSY; and,

17)   VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that the Administrative Record Evidences that there are NO EXCEPTIONS, express or implied, in the language of the 2nd and 4th Amendments,  for travel by land, sea, or air and enter its finding of NO CONTROVERSY; and,

18)   VICTIM requests and directs the court to review the Administrative Record and declare if there is any Controversy to the FACT that there are NO EXCEPTIONS, express or implied, in the language of the 2nd

that any infringement upon any RIGHT(s) referenced in the Record and any BREACH is a KNOWING and INTENTIONAL violation of at least the Acts of Congress known as DEPRIVATION OF RIGHTS UNDER COLOR OF LAW /CONSPIRACY AGAINST RIGHTS (conspiracy in the event more than one Party is involved and /or fails to prevent /correct); and,

**23)** VICTIM requests and directs the court to DECLARE that EVERY Officer and employee who has had NOTICE of the FACT of a "Full Faith and Credit" JUDGMENT, inclusive of "DEFENDANT(s)", and IGNORED the Judgment has Knowingly and Intentionally established Prima Facie EVIDENCE of having BREACHED the Act(s) of Congress known as DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, and if two (2) or more are implicated CONSPIRACY AGAINST RIGHTS; and,

## INJUNCTIVE RELIEF:

24) Based upon the foregoing Declaratory relief, VICTIM requests and directs the court to enter its Order of INJUNCTION(s) as follows:

25) VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees where-ever they may be from any form of infringing upon the RIGHT TO KEEP AND BEAR ARMS (whether guns, knives, bludgeons, non-lethal chemical defense item(s) (mace /pepper spray /etc.) , Tasers, or other arms) relating to any entry into

any public facility (building, etc.); and,

26) VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from infringing upon the RIGHT TO KEEP AND BEAR ARMS (whether guns, knives, bludgeons, non-lethal chemical defense item(s) (mace /pepper spray /etc.), Tasers, or other arms) relating to acquisition of Arms; and,

27) VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from infringing upon the RIGHT TO KEEP AND BEAR ARMS (whether guns, knives, bludgeons, non-lethal chemical defense item(s) (mace /pepper spray /etc.) , Tasers, or other arms) relating to any record of 'crime'; and,

28) VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from infringing upon the RIGHT TO KEEP AND BEAR ARMS(whether guns, knives, bludgeons, non-lethal chemical defense item(s) (mace /pepper spray /etc.) , Tasers, or other arms) relating to 'domestic disturbance'; and,

29)  VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from infringing upon the RIGHT TO BE FREE FROM unwarranted Search(s) and Seizure(s) relating to entry into public facilities (buildings); and,

30)  VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from infringing upon the RIGHT TO BE FREE FROM unwarranted Search(s) and Seizure(s) relating to Travel by land, sea, or air; and,

31)  VICTIM requests and directs the court to issue its INJUNCTION prohibiting the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be from calling any gun or other Arm(s) a "firearm" (*unless EVIDENCED to be a 'gun intended for use for Murder for Hire*), or any other term, to justify ignoring the Protections of the 2nd Amendment; and,

32)  VICTIM requests and directs the court to issue its NOTICE to the Officers and Employee(s) of the UNITED STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions, agencies, contractors, and licensees wherever they may be that a BREACH of the

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
**PRINCIPAL**

INJUNCTION(s) while displaying any weapon shall be recognized as Prima Facie EVIDENCE of an act of TREASON /Insurrection (taking up arms against the People) as described in the INSURRECTION ACT; and,

33)  All rights reserved; and,

34)  Further VICTIM says not at this time.

Given this 24th day of February, 2023 AD, under my hand and seal:



Kenneth – Wayne: Leaming.
VICTIM /CONSTITUENT;
The State of Washington, 1878,
Public MINISTER.

cc: OMC /JAG (c/o General Eric M. Smith, Camp Pendleton)

Court File

1

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

2

3    FILED
LODGED
RECEIVED    MAIL    **Clerk's Action Required**

4

5    MAR 0 2 2023

6    AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

7    **district court of the United States**

8    **western district of Washington
at Seattle**

9    *Union Constitution, Article III*


DUPLICATE ORIGINAL

10

11    NO. _____

12    # CLAIM(s) (Motion) FOR PRELIMINARY

13    # INJUNCTION & (PROPOSED) ORDER /INJUNCTION

14

15    **Kenneth – Wayne: Leaming.**
Constituent,

16    The State of Washington, 1878,
Public MINISTER

17    c/o 116 – 812 Stewart Street

18    Seattle
Washington

19    *And others similarly situated.*

20    **CLAIMANT /VICTIM /'PLAINTIFF'**

21    VS.

22    aka: **Matthew Sampson, FIDUCIARY, et ux.**

23    **V. A. Chief of Police**

24    & dba: **Lt. J. Doe, et ux., VA Police,**
**ET AL.**

25    **RESPONDENT(s) /"DEFENDANT(s)**

26

27

28

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

## VERIFICATION:

State of Creation                        )
                                         )                ss.
House of Leaming                         )

Comes now Kenneth – Wayne: Leaming, herein "VICTIM", being subject to Penalty for bearing false witness, Law of Yehevehe – Elohim [ER 902], and Affirms VICTIM is of age of majority, competent to testify, and having first hand knowledge States and Declares:

1)    VICTIM comes in Good Faith, Peace and Honor, and for curing any defects along the way; and,

## STANDING & CAPACITY:

2)    VICTIM /"PLAINTIFF and the Respondent(s) /"DEFENDANT(s) are the People as set forth in Record, incorporated here by reference as if reproduced in full here; and,

## ADMINISTRATIVE RECORD /JUDGMENT

3)    The Final Administrative Record /JUDGMENT EVIDENCES that the UNITED STATES FEDERAL GOVERNMENT has, by and through Tacit Procuration /Nihil Decit, consented to and affirmed the FACTS appearing in the UNCONTROVERTED Administrative (common-law) Record /JUDGMENT by and through the FIDUCIARY of its Office of Attorney General; and,

4)    The FACTS appearing are inclusive of:    a) There are NO EXCEPTIONS to the 2nd Amendment or 4th Amendment for entry into public buildings (facilities);  b) There are NO EXCEPTIONS to the 2nd

Amendment or 4th Amendment for travel by land., sea, or air; and,

### PREMISES:

5)    The several Judges of the district court of the United States are each subject to an Oath /Affirmation CONTRACT (Union Constitution, Article 6, clause 3) incorporating by reference the Union Constitution and laws lawfully enacted thereunder, inclusive of R.S. § 1981 [42 USC 1986]; and,

6)    (Retired) Chief Judge John C. Cougenhour, of the district court, has repeatedly affirmed the necessity of the Exhaustion of Administrative Remedies as a requisite to the Court's jurisdiction; and,

7)    The Union Constitution recognizes and mandates that the public records of each State shall be given full faith and credit throughout the union:

> Article. IV.,  Section. 1.
>
> Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

8)    Congress provided in the APA, Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 393, how a court reviewing an administrative record shall make its determination (in pertinent part) "… To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms … the court shall review the whole record or those parts of it cited by a party …"; and,

1
2

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

3

### INJUNCTIVE RELIEF:

4
5

9)    Based  upon  the  Administrative  (common-law)  RECORD,
EVIDENCING the FACT there is NO CONTROVERSY over the relevant

6

FACTS as Affirmed and Agreed by the UNITED STATES FEDERAL

7

GOVERNMENT by and through its FIDUCIARY of the Office of Attorney

8

General, the court must, as an operation of Law, upon Exclusive Review
of  the  FACT(s)  in  the  Administrative  Record,  provide  the

9

DECLARATORY and INJUNCTIVE Relief sought:

10
11

10)  Wherefore VICTIM requests and directs the court to issue its
PRELIMINARY INJUNCTION prohibiting the Officers and Employee(s) of

12

the   UNITED   STATES   FEDERAL   GOVERNMENT,   inclusive   of

13

instrumentalities, sub-divisions, agencies, contractors, and licensees
from any form of infringing upon the RIGHT TO KEEP AND BEAR ARMS

14

(whether guns, knives, bludgeons, non-lethal chemical defense item(s)

15

(mace /pepper spray /etc.) , Tasers, or other arms) relating to any entry

16

into any public facility (building, etc.) and specifically directed to the
Veterans Administration, and inclusive of its VA POLICE consistent with

17

the Relief Sought in the Record; and,

18
19

11)  VICTIM requests and directs the court to issue its PRELIMINARY
INJUNCTION prohibiting the Officers and Employee(s) of the UNITED

20

STATES FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-

21

divisions, agencies, contractors, and licensees from infringing upon the
RIGHT TO KEEP AND BEAR ARMS (whether guns, knives, bludgeons,

22

non-lethal chemical defense item(s) (mace /pepper spray /etc.) , Tasers,

23

or other arms) consistent with the relief sought in the Action /Record,

24

and specifically the Veterans Administration inclusive of its VA POLICE;
and,

25
26

12)  VICTIM requests and directs the court to issue its INJUNCTION

27

prohibiting  the  Officers  and  Employee(s)  of  the  UNITED  STATES

28

1

*Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,*
*PRINCIPAL*

2

3  FEDERAL GOVERNMENT, inclusive of instrumentalities, sub-divisions,
4  agencies, contractors, and licensees from infringing upon the RIGHT TO
   BE FREE FROM unwarranted Search(s) and Seizure(s) relating to entry
5  into public facilities (buildings), and specifically the Veterans
6  Administration inclusive of its VA POLICE; and,

7
8  13)  All rights reserved; and,

9
10  14)  Further VICTIM says not at this time.

11                      Given this 12th day of February, 2023
                       AD, under my hand and seal:

12

13          

14                       Kenneth – Wayne: Leaming.
15                       VICTIM /CONSTITUENT;
                        The State of Washington, 1878,
16                       Public MINISTER.

17
18
19
20      cc: OMC /JAG (*c/o General Eric M. Smith, Camp Pendleton*)

21  **NOTE:** *The inserted exhibits in the Record which are not*
22  *readily viewable are pictures of the Original Proposed Bill of*
    *Rights with notations and comments of the authors as appear*
23  *on the Original Parchment in the National Archives.*
24
25
26
27
28

Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,
PRINCIPAL

# PRELIMINARY ORDER /INJUNCTION

Upon Review of the Record and Exhibits, and the FACT that there appears NO CONTROVERSY Appearing in the Final Administrative Record upon which the Action is founded, it appears very likely the 'PLAINTIFF' will prevail upon the merits, the court issues its PRELIMINARY INJUNCTION as to Defendants **UNITED STATES FEDERAL GOVERNMENT inclusive of aka: Matthew Sampson, FIDUCIARY, et ux., V. A. Chief of Police & dba: Lt. J. Doe, et ux., VA Police** (VA Puget Sound Healthcare System) and **J. Doe(s) dba: Disruptive Behavior Committee, et ux. & Catherine P Kaminetzky, FIDUCIARY, et ux. dba: VA Puget Sound, Chief of Staff**, and all other Fiduciary Officers and Employees of the UNITED STATES FEDERAL GOVERNMENT within the geographical boundaries of the western district of Washington;

The Preliminary Injunction shall take effect upon SERVICE of a Copy of the Preliminary Injunction as executed by the court upon any one of the Defendants named in the Preliminary Injunction;

The VA Puget Sound Healthcare System **Chief of Police** may be SERVED by delivering a copy to the VA Police Office at the entry to the VA Hospital, 1600 S Columbian Way, Seattle;

These Defendants shall be enjoined from the following pending a final disposition of the Action; and,

A copy of this PRELIMINARY INJUNCTION may be served on any and all other Fiduciary /Executive Officer(s) /Employee(s) by Service upon any Officer /Employee /Agent at any place of business of the Fiduciary

**Yehevehe – Elohim, Yashua- Mashiach, Aledph – Tav,**
**PRINCIPAL**

/Executive Officer /Employee/agent, and each of them, and it shall be binding thereon (*PRINCIPAL – AGENT DOCTRINE APPLIES*); and,

Any violation of this Preliminary Injunction shall be Contempt of court AND the Penalty shall be (consistent with Act of Congress of June 25, 1948, ch. 645, 62 Stat. 696, *as amended*) 250,000.00, half of which shall be retained by the court, and the balanced disbursed to the 'Plaintiff' (or other injured party) as mitigated damages, if not discharged within 30 days, the Party in Contempt shall be held in custody by the United States Marshal until the contempt is discharged.

Given this _____ day of _____, 2023:



_____
Judge Signature



_____
Judge Name (print /type)


Prepared and Presented by:



Kenneth – Wayne: Leaming.
VICTIM /CONSTITUENT;
The State of Washington, 1878,
Public MINISTER.



**EXHIBIT**

**Kenneth – Wayne: Leaming.**
CONSTITUENT;
Public MINISTER;
The State of Washington
c/o 116 - 812 Stewart Street
Seattle
Washington



FILED
LODGED
RECEIVED
**MAIL**

MAR 0 2 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

aka: **Matthew Sampson, FIDUCIARY**
V. A. Chief of Police
c/o 1600 S. Columbian Way
Seattle
Washington
*Certified Post Office # 9407 1379 0327 5503 0269 46*

aka: **Michael J. Franklin, Director, FIDUCIARY**
V. A. Police Service
c/o 810 Vermont Avenue, NW
Washington
district of Columbia
*Certified Post Office # 9407 1379 0327 5503 0269 77*

**PRINCIPAL – AGENT DOCTRINE APPLIES**

**NOTICE OF JUDGMENT
ON ADMINISTRATIVE PROCEDURE ACT
(common-law)
FINAL RECORD - vs. UNITED STATES
FEDERAL GOVERNMENT, ET AL.**

Greetings,

Enclosed you will find a CERTIFIED COPY of a JUDGMENT on a
FINAL ADMINISTRATIVE RECORD (common-law) in which the
Attorney General of the UNITED STATES FEDERAL GOVERNMENT,
of which you are a part, has AGREED and AFFIRMED that there are

NO EXCEPTIONS to the 2nd Amendment, inclusive of Federal /Government buildings /facilities such as the VA Hospital;

I am providing you this NOTICE so that you may properly train your staff to NOT engage in DEPRIVATION OF RIGHTS UNDER COLOR OF LAW /CONSPIRACY AGAINST RIGHTS, Act of June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284 AS AMENDED [18 USC 241 /242] upon which you, and each of you, as respondeat superiors may also be liable and for which Congress has set the Punitive Damages at 250,000.00 per offense /per party actor, and which, consistent with Article I, sec 10, of the Union Constitution must be in Gold /Silver coin, and for the purposes of the instant matter denominated in (pre-1929) American Gold Eagles (10.00 face value);

I look forward to you performing your duty(s) so I will not be required to join you and your staff to the judgment at a rate of not less than 500,000.00 each.

Given this day, 24 February 2023, under my hand and seal:



Kenneth – Wayne: Leaming.
CONSTITUENT;
The State of Washington, 1878,
Public MINISTER.

Enclosure: JUDGMENT

CONFORM



# ATTACHMENT / EXHIBIT

## [ ER 902 ]

# CERTIFIED COPY OF ADMINISTRATIVE

# (Common-Law)

# JUDGMENT AS APPEARS IN THE RECORDS OF THE CARROLL COUNTY, GEORGIA, SUPERIOR COURT CLERK'S OFFICE (Records)

# BOOK 6120 PAGE 155



## STATE OF GEORGIA

### COUNTY OF CARROLL
### OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

I, Alan J. Lee, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law.

Witness my hand and official seal of this office on the date written.

Certification Date: __11/30/22__    Book Reference: __BOOK 6120 PAGE 155__

Authentication Code: __PEVI5-QNN97-9HXE__    Number of Pages: __66__

_Alan J. Lee, Clerk_

Catherine Huceba
Prepared by

Official Seal of Clerk

---

**INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION**

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/PEVI5-QNN97-9HXE

Authentication of a certified document is as simple as a step-by-step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions

AUTHENTICATION CODE LISTED IN "THE TOP OF PAGE CERTIFIED PAGE





# VERIFIED COMMON-LAW JUDGEMENT

## CONSISTENT WITH ADMINISTRATIVE PROCEDURE ACT[s]

### PRINCIPAL-AGENT DOCTRINE APPLIES

The People of The State of Washington, ex rel.
Kenneth-Wayne: Leaming
Public MINISTER

## VERIFIED COMMON-LAW JUDGEMENT
[Administrative Procedure Act]
By AGREEMENT and AFFIRMATION
(CONTRACT) of the Parties

State of Creation

House of Leaming

Comes now Kenneth-Wayne: Leaming, herein MINISTER, being subject to penalty for bearing false witness, law of Yeheveheh-Elohim (GOD ALMIGHTY) [ER 603], and Affirms MINISTER is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

It has been in excess of Thirty (30) days since GRANTEE(s) Received SERVICE of the NOTICE OF FAULT AND OPPORTUNITY TO CURE; and,

### [ER 902] EVIDENCE OF SERVICE:

MINISTER Relies in Good Faith that the Post Office, through its agent USPS did not commit fraud in publishing the following delivery record(s):



## MANDATORY NOTICE RE 2021

All FACTS are not Controverted and are ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dceit / Tacit Procuration as Ultimate FACT(s) of the Administrative COMMON-LAW Record. SEE ALSO: Pub. L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.

*FOR THE PURPOSE(s) OF THIS instrument "Non-Response" is inclusive of a "response" totally devoid of any EVIDENCE in CONTROVERSY.*

## THE PLEADING INFORMATION:

1) MINISTER came in good faith, peace and honor, and for curing any defects along the way; and,

2) MINISTER is a Constituent to, and Public MINISTER of, the State of Washington, 1876, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December 1889, whose process name is a "State of Washington", WSR 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

3) GRANTOR(s) is /are a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington," "District of Columbia," "United States", "UNITED STATES," "District of Columbia", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT accrued and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1047-217, §3(h)(9), Aug. 21, 2002, 116 Stat 1300 ; Pub. L. 108-178, §4(02), Dec. 15, 2003, 117 Stat 2641 ; Pub. L. 109-351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

4) MINISTER brought the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthey 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 179 ), and Administrative Procedure Act(s); and,

## FACTS:

5) MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94-559, §2, Oct. 19, 1976, 90 Stat. 2641 ; Pub. L. 96-481, title II §205(c), Oct. 21, 1980, 94 Stat. 2330 ; Pub. L. 102-166, title I, §103, 113(a), Oct. 21, 1991, 105 Stat. 1074, 1079 ; Pub. L. 103-141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103-322, title IV, §40303, Sept. 13, 1994, 108 Stat. ; Pub. L. 104-317, title III §309(b), Oct. 19, 1996, 110 Stat 3853 ; Pub. L. 106-274, §4(d), Sept. 22, 2000, 114

2ndActualException-03-JUDGMENT-A.docx
Page 3 of 12

2ndActualException-03-JUDGMENT-A.docx
Page 4 of 12

2ndActualException-03-JUDGMENT-A.docx
Page 5 of 12

2ndActualException-03-JUDGMENT-A.docx
Page 6 of 12

Kenneth-Wayne: Leaming,
GRANTEE, Docmant
Public MINISTER

3) §4, 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96-170, §1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104-317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

6) MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress known as PERSONAL OF IMMIGRATION ACT, Pub. L. 89-554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90-23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93-502, §§1-3, Nov. 21, 1974, 88 Stat. 1561-1564; Pub. L. 94-409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95-454, title IX, §905(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98-620 title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99-570, title I, §§1802, 1803, Oct. 27 1986, 100 Stat. 3207-48, 3207-49; Pub. L. 104-231, §§3-1, Oct. 2, 1996, 110 Stat. 3049-3054; Pub. L. 107-306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110-175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8-10(a), 12, Dec. 31, 2007, 121 Stat. 2525-2530; Pub. L. 111-83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114-185, §2, June 30, 2016, 130 Stat. 538; and,

7) MINISTER Relies in Good Faith on the FACT that Congress did NOT commit Fraud in enacting and publishing the Administrative Procedure Act(s) thereby enacting the COMMON-LAW into a Statutory Process, to wit: 5 U.S.C.E 11, 1946, ch. 324, 60 Stat. 237, as re-enacted /amended by and through Pub. L. 89-554, as amended; and,

(STAMPS)

8) MANDATORY NOTICE [ER 201]: It is ADMITTED, AFFIRMED, and AGREED by all Parties that it is a FACT that longstanding, Published Record(s) recognize MINISTER's capacity as articulated:

Reavley's Law Dictionary, 1855:

MINISTER, International law. This is the general name

given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents, (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandataries, without any particular assignment of rank or character.

2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.;

and,

9) It is a FACT that MINISTER has Standing to bring the instant action for the instant JUDGMENT due to the FACT that On 04 April, 2022, MINISTER, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

10) MINISTER's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrants under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms in many circumstances and places by GRANTEE(s), inclusive of officers and agents acting for and / or under the supervision, guidance, and instruction of GRANTEE(s) ; and,

11) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, MINISTER could not find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY

Case 2:23-cv-00333-RAJ   Document 6   Filed 03/24/23   Page 26 of 74

ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION" as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]

"... then the requirement of an "express provision" would call for nothing more than a ... provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of other indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

... "Express provision" must mean something more than any verbal hook for an argument"

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, [Nos. 69, 71.], Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent

the exercise of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct, at 462.

Fn. 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'

BOUVIER's LAW DICTIONARY, 1856:
EXCEPTION, contracts. ...
2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that excepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Toucha. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R. 375 8 Conn. R. 369; 6 Pick. R. 499; 5 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c. is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law; expressum facit cessare taciturn. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint.'

CONSTITUTION, government: The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental

laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law, as the constitutions of the emperors contained in the Code.

CONSTITUTION contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

The (Supreme) Court's decisions have held that the Due Process Clause protects two categories of substantive rights—those rights guaranteed by the first eight Amendments to the Constitution and ... DOBBS v. JACKSON WOMEN'S HEALTH ORGANIZATION, No. 19-1392. Argued December 1, 2021—Decided June 24, 2022;

(a) In District of Columbia v. Heller, 554 U.S. 570, and McDonald v. Chicago, 561 U.S. 742, the Court held that the Second and Fourteenth Amendments protect an individual right to keep and bear arms for self-defense. Under Heller, when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct, and to justify a [firearm (sic)] regulation the government must demonstrate that the regulation is consistent with the Nation's historical tradition of [firearm (sic)] regulation. NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL., v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL., No. 20-843. Argued November 3, 2021—Decided June 23, 2022;

AGREED & AFFIRMED FACTS!

Kenneth-Warner, Leaming, GRANTEE, Declarant Public MINISTER

12) MINISTER Requested GRANTOR(s)(e) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(s) by Non-Response Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

13) MINISTER Requested GRANTOR(s)(e) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(s) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

14) MINISTER Requested GRANTOR(s)(e) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms (whether or not) concealed, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

15) MINISTER Requested GRANTOR(S)(e) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

16) MINISTER Requested GRANTOR(S)(e) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(s) Affirmed and Admitted there is /are no such Exception by Non-Response; and,

17) MINISTER Requested GRANTOR(S)(e) produce the Express

18) MINISTER Requested GRANTOR(S)(e) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

19) ALL RIGHTS HAVE BEEN RESERVED; and,

20) Further MINISTER said not for the record.

Given under my Hand and Seal this day, 9 September 2022,

The State of Washington, 1878, ex rel.,

Kenneth Wayne: Leeming, MINISTER, Declarant, Proper Party, Public MINISTER.

Administrative /COMMON-LAW Record(s).

IraHomeException-03-JUDGMENT-A.docx
Page 11 of 12

Kenneth Wayne: Leeming
GRANTEE, Declarant
Public MINISTER

IraHomeException-03-JUDGMENT-A.docx
Page 12 of 12

Kenneth Wayne: Leeming
GRANTEE, Declarant
Public MINISTER

The People of The State of Washington, 1879,
Ex rel.
Kenneth-Wayne: Leaming,
Public MINISTER;
c/o 115 Broadway Street, Suite 812
Seattle,
Washington

REQUESTOR

<and>

To:

Office of Attorney General (full name unknown), Fiduciary,
superiors, successors, assigns, and respondent;
"State of Washington" TREASON, ch 11
1125 Washington Street SE
Olympia
Washington
[98504]
[CERTIFIED (Mail) 9 9407 7351 0336 1198 9732 78]
Attorney General Case #RR-2022-0398

ADDRESSEE(s)

REPLY TO RESPONSE LETTER OF April 22, 2022, re:
CLARIFICATION OF VERIFIED CLAIM(s) FOR EVIDENCE OF
EXCEPTIONS IN PUBLIC DISCLOSURED ADMINISTRATIVE
PROCEEDINGS.
[FOIA, PA, ETc.]

PRINCIPAL-AGENT DOCTRINE APPLIES

State of Creation            }
                             }    ss.
House of Leaming             }
Comes now Kenneth-Wayne: Leaming, herein REQUESTOR, being

---

subject to penalty for bearing false witness, law of Yehoveh-Elohim
(GOD ALMIGHTY') [EX 603], and affirms REQUESTOR is of age of
majority, competent to be a witness, and having first hand knowledge,
States and Declares:

MANDATORY NOTICE RE 2015:
All FACTS not Controverted will be ADMITTED & AFFIRMED
through the Doctrine(s) of Nihil Dicit / Tacit Procuration as
Ultimate FACTS) of the Administrative Record. SEE ALSO:
Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as
amended.

and,

PRELIMINARY MATTER, FOUNDATION, PREMIS FOR
REQUEST(s)
Preliminary matter appearing in initial Claim
incorporated by reference as if fully reproduced here;

FACTS:

1)    REQUESTOR incorporates FACTS appearing in initial request
by reference as if fully reproduced here; and,

STANDING

2)    REQUESTOR's standing to bring the instant action is
established, uncontroverted, in the initial Claim(s) process; and,

REQUEST(s)
in the Alternative

CLARIFICATION OF SPECIFIC DOCUMENTS:
The Identifiable Public Record(s) requested address may, IF
SUCH EXIST, congressional, committee series, journal entries,
or other Records documents establishing any Legislative intent,

to exclude any Arms or firearms to be excluded from the Second Amendment to the Constitution. On June 8, 1789, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. These 17 amendments were then sent to the Senate.

On September 2, the Senate began consolidating amendments to the Constitution as proposed and passed to the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below.

On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.

REQUESTOR: Any and all notes, journal entries, and documents numbered in the Archives of the Bill of Rights, inclusive of the Second Amendment are located in the National Archives (Washington, director of Columbia, and elsewhere) THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives)

"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

3)  REQUESTOR has, himself, been to the National Archives and viewed and/or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which REQUESTOR has been unable to locate, and upon which RESPONDENT(s) rely in each of the circumstances stated in each of the paragraphs in the original request instrument:

Kenneth Wayne: Lansing,
REQUESTOR, Declarant
Public MINISTER



Kenneth Wayne: Lansing,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Docu          V1    IN97-9HXH      Page 18 of 66





Carroll County Superior Cour    ified D    ments    PEV    IN97-9H        66

Documentary EVIDENCE REQUESTED in this Common-Law /Administrative proceeding, RESPONDENT(s) may wish to seek COMPETENT COUNSEL; and,

5) REMINDER: In the event RESPONDENT(s) are unable to produce the EVIDENTIARY DOCUMENTS Requested, RESPONDENTS Agree and Admit no such documents exist; and,

6) ALL RIGHTS RESERVED; and,

7) Further REQUESTOR says not at this time.

Given under my Hand and Seal this day, 2 May 2022,

The State of Washington, 1878, ex rel.,



Kenneth-Wayne: Leaming, REQUESTOR, Declarant, Proper Party, Public MINISTER.

---

Kenneth Wayne Leaming
116 Stewart Street, Cube 812
Seattle, Washington 98101



# ATTORNEY GENERAL OF WASHINGTON
### Bob Ferguson
Administration Division
PO Box 40100 • Olympia, WA 98504-0100 • (360) 753-6200

April 22, 2022

RE: Public Records Request Received April 18, 2022
File Number: PRR-2022-0398

Dear Mr. Leaming:

This letter is to acknowledge your public records request dated April 13, 2022 and received in our office on April 18, 2022. Your request has been assigned the above file number and we ask that you please reference that number on any future correspondence regarding this request. You requested the following:

• REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) in the 2nd Amendment for Federal Buildings/properties, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

• REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of ul— — su— — and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

• REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment, for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

• REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment, for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

Kenneth Wayne Leaming
PRI 2622-2590
April 22, 2023
Page 2

ATTORNEY GENERAL OF WASHINGTON

- REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for a "bearing Arms" upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

- REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 41 Amendment for Federal Building/property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception;

- REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for reveal, inclusive of air - sea - and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

- ALL RIGHTS RESERVED; and,

- Further REQUESTOR says not at this time.

Your request does not ask for an "identifiable public record". Under RCW 42.56.520, an agency may ask for clarification of a request. It is unclear from your request specifically what record or document you are requesting. If you could provide us with a reproduction of the public record, author, recipient, time period and/or any other means of identifying the record you are seeking, we may be able to locate responsive documents. Until we receive clarification of this request, we will be unable to act upon it. If we do not hear from you regarding this clarification by May 23, 2022 we will consider your request closed.

Please contact me at ladona.jensen@atg.wa.gov or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions. Thank you.

Sincerely,

LA DONA R. JENSEN
Director of Public Records
& Constituent Services

/kj

Valentin Matteu y Matteu-Matvai ak /-Amiy /u /-Ima

PRINCIPAL

The People of The State of Washington, 1878,
Ex rel.

Kenneth-Wayne: Leaming,
Public MINISTER
c/o 116 Stewart Street, Cube 812
Seattle
Washington

REQUESTOR

To:

aka: Merrick B. Garland (full name unknown), Fiduciary, Office
of Attorney General, successors, assigns, and respondent
superiors;

DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington
District of Columbia
[20530]

CERTIFIED (Mail) # 9407 1361 0936 1198 9258 33

And,

aka: Bob Ferguson (full name unknown), Fiduciary,
Office of Attorney General, successors, assigns, and respondent
superiors;

"State of Washington", WSL1989, ch 11
1125 WashingtonStreet SE
Olympia
Washington
[98504]

CERTIFIED (Mail) # 9407 1361 0936 1198 9732 78

ADDRESSEE(s)

VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS
BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE
PROCEEDING(s)
(POIA, PA, ETC.)
PRINCIPAL-AGENT DOCTRINE APPLIES

State of Creation }
} ss.
House of Learning }

Comes now Kenneth-Wayne: Leaming, herein REQUESTOR, being subject to penalty for bearing false witness, law of Yehevehe-Elohim (GOD ALMIGHTY) [ER 603], and Affirms REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

***MANDATORY NOTICE [ER 201]:***
*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

**PRELIMINARY MATTER; FOUNDATION; PREMIS FOR REQUEST[s]:**

1) REQUESTOR comes in good faith, peace and honor, and for curing any defects along the way; and,

2) REQUESTOR is a Constituent to, and Public MINISTER of, **The State of Washington**, united States of America, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889 whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ["American Union"]; and,

3) ADDRESSEE is a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by

Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT[s] incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107-217, §3(h)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108-178, §4(l)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109-351, title IX, §901(b), (e), Oct. 13, 2006, 120 Stat. 2007]; and,

4) REQUESTOR brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act[s]; and,

5) **MANDATORY NOTICE [ER 201]:**
**MINISTER**; *Bouvier's Law Dictionary*, 1856:
MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents, (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandataries, without any particular assignment of rank or character. 2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and be possesses all the rights essential

Carroll County Superior Court Certified Document    PEV15-QNN97-9HXE    Page 26 of 66

to a public minister;;

and,

*Yakmuha-Eshliana; Yakmua-Mankusilu/Algula/Yim*
PEMCIVIL

## FACTS:

6) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. 8722; Pub. L. 94-559, 82. Oct. 19, 1976, 90 Stat. 2641; Pub. L. 96-481, title II, §205(c), Oct. 21, 1980, 94 Stat. 2330; Pub. L. 102-166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074, 1079; Pub. L. 103-141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103-322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942 ; Pub. L. 104-317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853 ; Pub. L. 106-274, §4(d), Sept. 22, 2000, 114 Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96-170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104-317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

7) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress known as **FREEDOM OF INFORMATION ACT**, Pub. L. 89-554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90-23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93-502, §§ 1-3, Nov. 21, 1974, 88 Stat. 1561-1564; Pub. L. 94-409, §(5)(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95-454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98-620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99-570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207-48, 3207-49; Pub. L. 104-231, §§3-11, Oct. 2, 1996, 110 Stat. 3049-3054; Pub. L. 107-306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110-175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8-10(a), 12, Dec. 31, 2007, 121 Stat. 2525-2530; Pub. L. 111-83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114-185, §2, June 30, 2016, 130 Stat. 538; and,

## STANDING

8) It is a FACT that REQUESTOR has Standing to bring the instant

---

*Yakmuha-Eshliana; Yakmua-Mankusilu/Algula/Yim*
PEMCIVIL

inquiry for the instant Inquiries due to the FACT that On 04 April, 2022, REQUESTOR, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

9) REQUESTOR's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

10) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, REQUESTOR cannot find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

"… then the requirement of an 'express provision' would call for nothing more than a 'provision', pure and simple, leaving the word "expressly without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]

Valuation Division/Nations Association/Adept Firm
PERICIVAL

'... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al.,
Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71.), Argued Dec. 8 and 9, 1965, Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.

Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'"

BOUVIER's LAWDICTIONARY, 1856:
EXCEPTION, contracts. ....
2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the

Kenneth-Wayne: Leaning
REQUESTOR, Declarant
Public MINISTER

Valuation Division/Nations Association/Adept Firm
PERICIVAL

effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shep. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

Kenneth-Wayne: Leaning
REQUESTOR, Declarant
Public MINISTER

TO CONSTITUTE, constr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

## REQUEST(S)
### In the Alternative

11) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

Kenneth-Wayne: Leaning
REQUESTOR, Declarant
Public MINISTER

12) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

13) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

14) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

15) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

16) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

17) REQUESTOR Requests ADDRESSEE(s) produce the Express

Kenneth-Wayne: Leaning
REQUESTOR, Declarant
Public MINISTER

Yakmehia Siliduu; Yadaus Matnizhai/Ahphi/Tay

PRINCIPAL

Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

18)    ALL RIGHTS RESERVED; and,

19)    Further REQUESTOR says not at this time.



Kenneth-Wayne: Leaming, REQUESTOR, Declarant, Proper Party, Public MINISTER.

The State of Washington, 1878, ex rel.,

Given under my Hand and Seal this day, 13 April 2022,

Yakmehia Siliduu; Yadaus Matnizhai/Ahphi/Tay

The People of The State of Washington, 1878,
Ex rel.
Kenneth-Wayne: Leaming,
Public MINISTER
c/o 116 Stewart Street, Cube 812
Seattle
Washington

REQUESTOR

To:

aka: Merrick B. Garland (full name unknown), Fiduciary, Office of Attorney General, successors, assigns, and respondent superiors;
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington
District of Columbia
[20530]

CERTIFIED (Mail) # 9407 1361 0936 1378 7202 96

ADDRESSEE(s)

NOTICE OF FAULT – OPPORTUNITY TO CURE, re:
VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)

PRINCIPAL-AGENT DOCTRINE APPLIES

Tracking Number: 9407136109361198928533

Your item has been delivered and is available at a PO Box, at 4:40 am on Apr 21, 2022 in WASHINGTON, DC 20036.

USPS Tracking Plus® Available ∨

Status

⊘ Delivered, PO Box
Apr 21 2022 at 4:40 am
WASHINGTON DC 20036

Get Updates ∨

Yehovah-Elohim, Yeshua Moshiach/Agape/Joy
PRINCIPAL

House of Learning

State of Creation     )
    ) ss.
    )

Comes now Kenneth-Wayne: Learning, herein REQUESTOR, being subject to penalty for bearing false witness, Law of Yehovah-Elohim (GOD ALMIGHTY) [ER 603], and Affirm REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

*MANDATORY NOTICE ER 201:*

*All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record, SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.*

A) FACT: It has been in excess of THIRTY (30) Days since the Initial Presentment of the COMMON-LAW (ADMINSTRATIVE) Pleading in the instant matter, AND Requestor has received NO RESPONSE from ADDRESSEE(s), it APPEARS THAT ADDRESSEE(s) have AGREED and STIPULATED that THERE ARE NO EXCEPTIONS to the "2nd Amendment" to the Constitution for the union for the several united States of America, 1789 – 1791; and,

B) REQUESTOR hereby GRANTS the ADDRESSEE(s) an additional Thirty (30) days to RESPOND, in a good faith effort to provide ADDRESSEE(s) a DUE PROCESS to overcome the APPEARANCE of DEFAULT AGREEMENT in the event the lack of Response occurred as an oversight or mistake; and,

C) MANDATORY NOTICE [ER 201]: The Attorney General of "State of Washington", [WSL 1889, Ch.11, 23 December 1889] has Closed the Common-Law (ADMINISTRATIVE) Record without producing any EVIDENCE of Exception(s) to the "2nd Amendment) and ADMITTING and AGREEING that there are no Exceptions to the "2nd Amendment":

**The Following Reproduction is the Original Common-Law (ADMINISTRATIVE) Pleading Presentment re: CERTIFIED (Mail) # 9407 1361 0936 1198 9258 33 Delivered 21 April, 2022:**

Kenneth-Wayne: Learning
REQUESTOR, In Propria Persona
Public MINISTER

Yehovah-Elohim, Yeshua Moshiach/Agape/Joy
PRINCIPAL

**PRELIMINARY MATTER, FOUNDATION, PREMIS FOR REQUESTs:**

1) REQUESTOR comes in good faith, peace and honor, and for curing any defects along the way; and,

2) REQUESTOR is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union for the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 200009130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People …" who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

3) ADDRESSEE is a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People …" thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046; Pub. L. 107-217, §30(a)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108-178, §4f(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109-351, title IX, §901(b), (6), Oct. 13, 2006, 120 Stat. 2007); and,

4) REQUESTOR brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of

Kenneth-Wayne: Learning
REQUESTOR, In Propria Persona
Public MINISTER

Yakenaha-Hidam, Yashmon Medabah:Al-Aytah/Tay
PRINCIPAL

Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

5) MANDATORY NOTICE [ER 201]:

**Bouvier's Law Dictionary**, 1856:

**MINISTER**, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents, (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.

2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and be possesses all the rights essential to a public minister.;

and,

**FACTS:**

6) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94-559, §2, Oct. 19, 1976, 90 Stat. 2641; Pub. L. 96-481, title II, §205(c), Oct. 21, 1980, 94 Stat. 2330; Pub. L. 102-166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074, 1079; Pub. L. 103-141, §4(a), Nov. 16, 1993, 107 Stat. 1489; Pub. L. 103-322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942; Pub. L. 104-317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853; Pub. L. 106-274, §4(d), Sept. 22, 2000, 114 Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96-170, §1, Dec. 29, 1979, 93 Stat. 1284.; Pub. L. 104-317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853; and,

Yakenaha-Hidam, Yashmon Medabah:Al-Aytah/Tay
PRINCIPAL

7) REQUESTOR relies in Good Faith on the FACT of the enactment of the Act of Congress known as **FREEDOM OF INFORMATION ACT**, Pub. L. 89-554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90-23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93-502, §§1-3, Nov. 21, 1974, 88 Stat. 1561-1564; Pub. L. 94-409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95-454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98-620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99-570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207-48, 3207-49; Pub. L. 104-231, §§3-11, Oct. 2, 1996, 110 Stat. 3049-3054; Pub. L. 107-306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110-175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8-10(a), 12, Dec. 31, 2007, 121 Stat. 2525-2530; Pub. L. 111-83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114-185, §2, June 30, 2016, 130 Stat. 538; and,

**STANDING**

8) It is a FACT that REQUESTOR has Standing to bring the instant inquiry for the instant inquiries due to the FACT that On 04 April, 2022, REQUESTOR, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

9) REQUESTOR's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

10) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, REQUESTOR cannot find any

Express (or implied) EXCEPTION(a) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]

"... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

"... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.
Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71.), Argued Dec. 8 and 9, 1965, Decided Jan. 31, 1966.

Fn. 5: 'in the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.

Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court

case in 1930 in which the Court said, 'in the absence of a clearly stated purpose so to do Congress will not be held to have intended. ...'

BOUVIER's LAWDICTIONARY, 1856:

EXCEPTION, contracts. ...

2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all; the greater part, or the effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth: a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R. 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a

matter or thing to be implied by law; expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

Valondra-Shldon, Yashus Mashach; Agala'tay

PRINCIPAL

CONSTITUTION, government: The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

REQUEST(S)

In the Alternative

11) REQUESTOR Requests ADDRESSEE(s) produce the Express

Kennedy-Wayne: Lanning,
REQUESTOR, Declarant
Public MINISTER

Valondra-Shldon, Yashus Mashach; Agala'tay

PRINCIPAL

Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

12) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

13) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

14) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

15) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

Kennedy-Wayne: Lanning,
REQUESTOR, Declarant
Public MINISTER

Voluntas Edition, Various Methods, Apple/Tay

PERSONAL

16) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

17) REQUESTOR Requests ADDRESSEE(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE ADDRESSEE Affirms and Admits there is /are no such Exception; and,

18) ALL RIGHTS RESERVED; and,

19) Further REQUESTOR says not at this time.

*The State of Washington,* 1878, ex rel.,

Given under my Hand and Seal this day, 29 May 2022,

[SEAL]

Kenneth-Wayne: Learning. REQUESTOR, Declarant, Proper Party, Public MINISTER.

Voluntas Edition, Various Methods, Apple/Tay

PERSONAL

ATTACHMENT:

**Attachment(s):** Sample of the type of EVIDENCE which would be applicable as EVIDENCE of any EXCEPTION, or Legislative Intent of an Exception:



Yehovehe-Elohim, Yeshua-Moshiach, Right-Fire

PRINCIPAL



# FINAL ADMINISTRATIVE (COMMON-LAW) JUDGMENT

## The State of Washington, 1878
### Admitted to Union 22 February, 1889

The State of Washington, 1878
Ex rel:
Kenneth - Wayne: Leaming
Public MINISTER
c/o 116 Stewart Street
Seattle
Washington

**GRANTOR(s):**

Bob Ferguson (full name unknown), Fiduciary,
"State of Washington", WSL 1889, ch 11, and all agents, instrumentalities, and
subdivisions thereof;
Office of Attorney General, successor, assign, and respondent superiors;
1125 Washington Street SE
Olympia
Washington
[98504]

**GRANTEE(s):**

The People of The State of Washington, 1878,
Ex rel:
Kenneth-Wayne: Leaming,
Public MINISTER
c/o 116 Stewart Street, Cube 812
Seattle
Washington

**Land Description:**

No Real Estate Involved,

APPLICABLE TO ALL LANDS WITHIN THE GEOGRAPHICAL
BOUNDARIES OF The State of Washington, 1878, as Admitted to the Union
of American Nation /States on 22 February, 1889
**PRINCIPAL-AGENT DOCTRINE APPLIES**
(APPLICABLE TO ALL "State of Washington", WSL 1889 Ch 11,
Officers, agents, instrumentalities and agencies)

---

Yehovehe-Elohim, Yeshua-Moshiach, Right-Fire

PRINCIPAL

**NOTICE To:** All Nations, States, corporations, Agencies,
Instrumentalities, (uni)men, Peoples, Courts, Officers,
employees, and organizations WORLDWIDE

[CERTIFIED (Mail) # 9407 1361 0936 1198 9732 78]
Attorney General Case #PRR-2022-0396

## FINAL INTERNATIONAL COMMON LAW JUDGMENT

BY AGREEMENT OF THE PARTIES CONSISTENT WITH THE COMMON LAW
AND AS CODIFIED FOR GRANTEE(S) IN STATE AND NATIONAL
ADMINISTRATIVE PROCEDURES ACT(S)

State of Creation )
　　　　　　　　　　) ss.
House of Learning )

Comes now Kenneth-Wayne: Leaming, herein Public MINISTER,
being subject to penalty for bearing false witness, law of Yehovehe-
Elohim (GOD ALMIGHTY) [ER 603], and Affirms PUBLIC MINISTER
is of age of majority, competent to be a witness, and having first hand
knowledge, States and Declares:

**MANDATORY NOTICE [ER 201]:**

All FACTS appearing herein are not Controverted and as such
are ADMITTED, AGREED & AFFIRMED through the Doctrine(s)
of Nihil Decit & Tacit Procuration as Ultimate FACTs[s] of the
Administrative Record. SEE ALSO: Pub.L. 79-404, 60 Stat.
237, enacted June 11, 1946, as amended.

and,

### PRELIMINARY MATTER, FOUNDATION & PREMIS
### FOR REQUEST(s):

Preliminary matter appearing in initial Claim
incorporated by reference as if fully reproduced here;

and,

## FACTS:

## STANDING

1) PUBLIC MINISTER is a Constituent to, and Public MINISTER of, The State of Washington, 1878, admitted to the union of the several united States of America, 1789 – 1791, on 22 February, 1889 as appears Published at Pierce county, Washington, Recorder's File 2000091130560 incorporated here by reference as if fully reproduced here, and is NOT a subject of the Territorial Municipal Corporation organized by the Territorial Legislature on 23 December, 1889, whose process name is "State of Washington", WSL 1889, ch. 11, and as such is also a Constituent member to "We the People ..." who Constituted the union of the several united States of America, 1789 – 1791 ("American Union"); and,

2) GRANTOR(S) is /are a corporate subject to the "UNITED STATES FEDERAL GOVERNMENT", a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see Journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97-258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107-217, §3(h)(b), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108-178, §4(f)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109-351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

Kenneth-Wayne: Leaming,
PUBLIC MINISTER, Declarant

3) PUBLIC MINISTER brings the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

4) MANDATORY NOTICE [ER 201]:
Bouvier's Law Dictionary, 1856:
MINISTER, International law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.
2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and be possessed all the rights essential to a public minister.;

## STANDING:

5) It is an UNCONTROVERTED FACT that PUBLIC MINISTER has Standing to bring the instant inquiry for the instant Inquiries due to the FACT that On 04 April, 2022, PUBLIC MINISTER, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building; MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER

Kenneth-Wayne: Leaming,
PUBLIC MINISTER, Declarant

Valentine-Riddion; Valanus-Mashinda-Alpha-Om
PRINCIPAL

was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and.

6) PUBLIC MINISTER's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms; and,

7) It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, PUBLIC MINISTER cannot find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02-337, [538 U.S. 1 (2003)]

"... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

... "Express provision" must mean something more than any verbal hook for an argument."

Valentine-Riddion; Valanus-Mashinda-Alpha-Om
PRINCIPAL

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,

v.

CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO., et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al, Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, (Nos. 69, 71,), Argued Dec. 8 and 9, 1965, Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.

Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...."

BOUVIER's LAWDICTIONARY, 1856:

EXCEPTION, contracts. ...

2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the

effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law; expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Constitution. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law, as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, is the making of the contract as, the written constitution of a debt. 1 Bell's Com. 332, 5th ed.

8) The Administrative Record, Attorney General of Washington, File Number: PRR-2022-0398, EVIDENCES the Attorney General of Washington can find no EVIDENCE upon which there could be ANY EXCEPTION(s) to /in the Second Amendment to the Constitution for the union of the several united States of America, 1789 – 1791, inclusive of the Subjects of each of the inquiries appearing in the Record; and,

9) PUBLIC MINISTER's standing to bring the instant action is

Kenneth-Wayne: Lansing
PUBLIC MINISTER, Declarant

established, uncontroverted, in the Claim(s) process; and,

## EVIDENCE NOT PRODUCED

## CLARIFICATION OF SPECIFIC DOCUMENTS:

The Identifiable Public Record(s) requested addressed any and all congressional, committee notes, journal entries, or other historic documents establishing any Legislative Intent to exclude any Arms or Circumstances to be excepted from the Second Amendment to the Constitution for the union of the several united States of America, On June 8, 1789, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. Those 17 amendments were then sent to the Senate.

On September 2, the Senate began considering amendments to the Constitution as proposed and passed in the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below. On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.

---

REQUESTED (and not provided as evidence in controversy to the Premis that a legislative body writing an instrument will EXPRESSLY include any intended exception: Grantors have not produced any notes, journal entries, and documented commentary by the Authors of the Bill of Rights, inclusive of any relating to the Second Amendment, located in the National Archives (Washington, district of Columbia, and elsewhere) or otherwise, THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives:

"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

10) PUBLIC MINISTER has, himself, been to the National Archives and viewed and / or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which PUBLIC MINISTER has been unable to locate, and upon which GRANTEE(s) rely in each of the circumstances stated in each of the paragraphs in the original request instrument:

/

/

/

Carroll County Superior Court Certified Document    PEV15-QNN97-9HKE    Page 54 of 66



Carroll County Superior Court Certified Document    PEV15-QNN97-9HKE    Page 55 of 66



any Party could rely in passing any Law or Regulation upon the Right to Keep and bear Arms, RESPONDENT'S Agree and Admit no such EVIDENCE exist(s); and, SPECIFICALLY GRANTEE(s) ADMIT & AGREE:

12) There are no Exception(s), inclusive of in /under the following conditions:

13) PUBLIC MINISTER Requested GRANTOR(S)(s), produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent – GRANTOR(S) ADMIT & AGREE there is /are no such Exception; and,

14) PUBLIC MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent – GRANTOR(S) Admit & Agree there is /are no such Exception; and,

15) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms concealed, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Admit & Agree there is /are no such Exception; and,

16) PUBLIC MINISTER Requests GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent - OR IN THE ALTERNATIVE GRANTOR(S) Affirms and Admits there is /are no such Exception; and,

17) PUBLIC MINISTER Requested GRANTOR(S)(s), produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and

11) The Article II in Amendment, as Adopted, appears in the above Draft as 'Article the Fifth', and EVIDENCES the Legislative Intent of the writers to be inclusive of the whole BODY OF THE PEOPLE as "the People" whose RIGHTS are Recognized and Protected by Article II in Amendment, GRANTEE(s) have been unable to produce any EVIDENTIARY DOCUMENTS upon which

18) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 4th Amendment for Federal Buildings / property, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(s) Admit & Agree there is / are no such Exception; and,

19) PUBLIC MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(S) Agree & Admit there is /are no such Exception; and,

20) ALL RIGHTS RESERVED; and,

21) Further PUBLIC MINISTER says not at this time.

/or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent - GRANTOR(s) Admit & Agree there is / are no such Exception; and.

Given under my Hand and Seal this day, 31 May 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaming,
PUBLIC MINISTER, Declarant,
Proper Party, Public MINISTER.

Kenneth-Wayne: Leaming,
PUBLIC MINISTER, Declarant

---



Bob Ferguson

ATTORNEY GENERAL OF WASHINGTON
Administration Division
PO Box 40100 • Olympia, WA 98504-0100 • (360) 753-6200

May 10, 2022

Kenneth Wayne Leaming
116 Stewart Street, Cube #12
Seattle, Washington 98101

RE: Public Records Request Received April 18, 2022
File Number: PRR-2022-0398

Dear Mr. Leaming:

On April 22, 2022, we informed you your public records request, PRR-2022-0398, did not ask for an "identifiable public record" and we provided with you an opportunity to clarify the request by identifying what record or topic/subject of public record you are seeking. We have received your response to our request for clarification. In that response you state you are requesting:

1. The identifiable Public Record(s) requested address any, IF SUCH EXIST, congressional, committee notes, journal entries, or other historic documents establishing an Legislative Intent to exclude any Area or Circumstances to be excepted from the Second Amendment to the Constitution for the action of the several united States of America
2. REQUESTED my 2nd and 4th State, journal, matter, and documented commentary by the Authors of the Bill of Rights, inclusive of the Second Amendment are located in the National Archives (Washington, district of Columbia, and elsewhere)

It appears you are requesting documents that may be in the custody and control of the National Archives. The National Archives is a federal agency and the Office of the Attorney General does not have custody or control of any records in their possession. Their contact information can be located at the following: National Archives) Or you may write to: The National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001

If you have additional information to provide that would assist us in a new search, we would be happy to open a new request and perform a new search. We will now consider this request closed. Please contact me at labcom.tessea@atg.wa.gov or at Office of the Attorney General, Public Records & Constituent Services, P.O. Box 40100, Olympia, WA 98504-0100, if you have any questions. Thank you.

Sincerely,

LA DONA R. JENSEN
Director of Public Records
& Constituent Services



/lrj

The People of The State of Washington, 1878,

Ex rel.

**Kenneth-Wayne: Leaning,**
Public MINISTER
c/o 116 Stewart Street, Cube 812
Seattle
Washington
REQUESTOR

To:

<sup>

And,

aka: **Bob Ferguson** (full name unknown), **Fiduciary,**
**Office of Attorney General, successors, assigns, and respondeat superiors;**
"State of Washington", WSL1989, ch 11
1125 WashingtonStreet SE
Olympia
Washington
[98504]
[CERTIFIED (Mail) # 9407 1361 0936 1198 9732 78]
Attorney General Case #PRR-2022-0398

ADDRESSEE(s)

**REPLY TO RESPONSE LETTER OF April 22, 2024, re: CLARIFICATION OF VERIFIED CLAIM(s) FOR EVIDENCE OF EXCEPTIONS BY PUBLIC DISCLOSURE(s) ADMINISTRATIVE PROCEEDING(s)**
**(FOIA, PA, ETC.)**
**PRINCIPAL-AGENT DOCTRINE APPLIES**

State of Creation    }
House of Leaning    } ss.

Comes now Kenneth-Wayne: Leaning, herein REQUESTOR, being

Kenneth-Wayne: Leaning,
REQUESTOR, Declarant
Public MINISTER

---

subject to penalty for bearing false witness, law of Yehovah-Elohim (GOD ALMIGHTY) [ER 603], and Affirm REQUESTOR is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

**MANDATORY NOTICE [ER 201]:**

All FACTS not Controverted will be ADMITTED & AFFIRMED through the Doctrine(s) of Nihil Dicit / Tacit Procuration as Ultimate FACT(s) of the Administrative Record. SEE ALSO: Pub.L. 79-404, 60 Stat. 237, enacted June 11, 1946, as amended.

**PRELIMINARY MATTER, FOUNDATION, PREMIS FOR REQUESTOR:**

Preliminary matter appearing in initial Claim incorporated by reference as if fully reproduced here;

and,

**FACTS:**

**1)** REQUESTOR incorporates FACTS appearing in initial request by reference as if fully reproduced here; and,

**STANDING**

**2)** REQUESTOR's standing to bring the instant action is established, uncontroverted, in the initial Claim(s) process; and,

**REQUEST(S)**
In the Alternative

**CLARIFICATION OF SPECIFIC DOCUMENTS:**

The Identifiable Public Record(s) requested address may, IF SUCH EXIST, congressional, committee notes, journal entries, or other historic documents establishing any Legislative Intent

Kenneth-Wayne: Leaning,
REQUESTOR, Declarant
Public MINISTER

to exclude any Arms or Circumstances to be excepted from the Second Amendment to the Constitution for the union of the several united States of America. On June 8, 1789, TO WIT: Representative James Madison introduced a series of proposed amendments to the newly ratified U.S. Constitution. That summer the House of Representatives debated Madison's proposal, and on August 24 the House passed 17 amendments to be added to the Constitution. Those 17 amendments were then sent to the Senate.

On September 2, the Senate began considering amendments to the Constitution as proposed and passed in the House. They altered and consolidated the House amendments into 12 articles on September 9, 1789 to make up the document below.

On September 25, Congress agreed upon the 12 amendments, and they were sent to the states for approval. Articles three through twelve were ratified and became the Bill of Rights on December 15, 1791.

REQUESTED: Any and all notes, journal entries, and documented commentary by the Authors of the Bill of Rights, inclusive of the Second Amendment are located in the National Archives (Washington, district of Columbia, and elsewhere), THE EXACT LANGUAGE OF THE SECOND AMENDMENT READS (as appears in National Archives:

"A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."

3) REQUESTOR has, himself, been to the National Archives and viewed and/or handled the original journals of the House and Senate, CONGRESS, on the original Parchment, inclusive of the following examples of the types of specific documents being requested IF ANY EXIST which REQUESTOR has been unable to locate, and upon which RESPONDENT(s) rely in each of the circumstances stated in each of the paragraphs in the original request instruments:



2ndAmdExceptionsFOIA-02-Wash.docx
Page 3 of 7

2ndAmdExceptionsFOIA-02-Wash.docx
Page 4 of 7

Kenneth-Wayne: Leaming,
REQUESTOR, Declarant
Public MINISTER

Kenneth-Wayne: Leaming,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document   PEV15-QNN97-9HXE   Page 64 of 66



Kenneth-Wayne: Leaning,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document   PEV15-QNN97-9HXE   Page 65 of 66

4) If RESPONDENT(s) is /are unable to understand the



Kenneth-Wayne: Leaning,
REQUESTOR, Declarant
Public MINISTER

Carroll County Superior Court Certified Document    PEVI5-QNN97-9HXE    Page 66 of 66

Documentary EVIDENCE REQUESTED in this Common-Law /Administrative proceeding, RESPONDENT(s) may wish to seek COMPETENT COUNSEL; and,

5) **REMINDER:** In the event **RESPONDENT(s) are unable to produce the EVIDENTIARY DOCUMENTS Requested, RESPONDENT(s) Agree and Admit no such documents exist;** and,

6) ALL RIGHTS RESERVED; and,

7) Further REQUESTOR says not at this time.

Yakawiske-Shabou/Yankawa-Muakkade/Anglo/Tsa

PRINCIPAL

Given under my Hand and Seal this day, 2 May 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaning, REQUESTOR, Declarant, Proper Party, Public MINISTER.

Kenneth-Wayne: Leaning
REQUESTOR, Declarant
Public MINISTER

*Court File*



# ATTACHMENT / EXHIBIT

## [ ER 902 ]

# CERTIFIED COPY OF ADMINISTRATIVE

## (Common-Law)

# JUDGMENT AS APPEARS IN THE RECORDS OF THE CARROLL COUNTY, GEORGIA, SUPERIOR COURT CLERK'S OFFICE (Records)

# BOOK 6120 PAGE 155



# State of Georgia

FILED
LODGED
RECEIVED

**MAIL**

MAR 02 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY



## COUNTY OF CARROLL
## OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| Certification Date: | 11/30/22 | Book Reference: | BOOK 6120 PAGE 155 |
|---|---|---|---|
| Authentication Code: | PEV15-QNN97-9HXE | Number of Pages: | 66 |

I, **Alan J. Lee**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law.

Witness my hand and official seal of this office on the date written.



Alan J. Lee, Clerk

Catherine Huckeba
Prepared by:

**Official Seal of Clerk**

---

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/PEV15-QNN97-9HXE

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



**AUTHENTICATION CODE LISTED ON THE TOP OF EACH CERTIFIED PAGE**

Carroll County Superior Court Certified Document          PEV15-QNN97-9HXE                    Page 1 of 66

Yehevehe – Elohim, Yashua - Mashiach, Aleph Tav,
**PRINCIPAL**




**Kenneth – Wayne: Leaming,**
*Public MINISTER;*
**The State of Washington, 1878**
c/o 116 Stewart Street
Seattle
Washington

[98101]

RECORDED 11/02/2022 4:10 PM     Page(s) 65
MISCELLANEOUS
DEED BOOK 6120  PAGES 155 - 220     Doc #2022042166
FILING FEES: $25.00
Alan J. Lee, Superior Court Clerk, Carroll County, GA

## CLERK OF SUPERIOR COURT
Records Division
Carroll County
Georgia

## COMMON-LAW (Administrative) JUDGMENT

**GRANTEE(s):**



The State of Washington, 1878, Ex rel.,
Kenneth – Wayne: Leaming,
Public MINISTER;
c/o 116 Stewart Street
Seattle
Washington



**GRANTOR(s):**

"United States Federal Government"
c/o aka: Merrick B Garland, FIDUCIARY
Office of Attorney General
950 Pennsylvania Ave. NW
Washington
district of Columbia

and,

"State of Washington" (WSL 1889, ch 11)
aka: Bob Ferguson, FIDUCIARY
Office of Attorney General
1125 Washington Street SE
Olympia
Washington



**LAND / REAL ESTATE:**

No Land or Real Estate at this time.

*For Publication in the Record, Carroll County Superior Court Clerk.*

*Yehovha-Elohim; Yahua-Mashiach; Aleph-Tav*

**PRINCIPAL**



The People of The State of Washington, ex rel.
**Kenneth – Wayne: Leaming**
Public **MINISTER**
c/o 116 Stewart Street
Seattle
Washington

10/14/2022 10:52:16 AM    NATRONA COUNTY CLERK
Pages: 65                          Tracy Good
                                   Recorded: SA
**1131838**                        Fee: $204.00
                                   KENNETH W LEAMING

---

## COMMON-LAW JUDGMENT
### (Administrative Procedure Act)
## By AGREEMENT and AFFIRMATION
### (CONTRACT) of the Parties



**GRANTEE(s):**

The People of The State of Washington, 1878,
Ex rel.
Kenneth-Wayne: Leaming, et al.,
Public MINISTER

**GRANTOR(s):**

aka: **Merrick B. Garland** (full name unknown),
~~Fiduciary, Office of Attorney General~~, successors,
assigns, and respondeat superiors;
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington
District of Columbia

aka: **Bob Ferguson** (full name unknown),
**Fiduciary, Office of Attorney General**, successors, assigns,
and respondeat superiors;
"State of Washington", WSL1989, ch 11
1125 Washington Street SE
Olympia
Washington

**LAND /REAL ESTATE:**
NO LAND OR REAL ESTATE

Yehovah-Elohim; Yashua-Mashiach, Aleph-Tav

PRINCIPAL

# VERIFIED COMMON-LAW JUDGEMENT
## CONSISTENT WITH ADMINISTRATIVE PROCEDURE ACT(s)

## PRINCIPAL-AGENT DOCTRINE APPLIES

State of Creation                                      )
                                                       )    ss.
House of Leaming                                       )

Comes now Kenneth-Wayne: Leaming, herein MINISTER, being subject to penalty for bearing false witness, law of Yehevehe-Elohim {GOD ALMIGHTY} [ER 603], and Affirms MINISTER is of age of majority, competent to be a witness, and having first hand knowledge, States and Declares:

It has been in excess of Thirty {30} days since GRANTEE(s) Received SERVICE of the NOTICE OF FAULT AND OPPORTUNITY TO CURE; and,

## [ER 902] EVIDENCE OF SERVICE:

MINISTER Relies in Good Faith that the Post Office, through its agent USPS did not commit fraud in publishing the following delivery record(s):



Carroll County Superior Court Certified Document    PEV15-QNN97-9HXE    Page 4 of 66

Yehoshúa-Elohim; Yeshua-Moshiach; Aleph-Tav

PRINCIPAL



## MANDATORY NOTICE ER 201]:

*All FACTS are not Controverted and are ADMITTED &
AFFIRMED through the Doctrine(s) of Nihil Decit /Tacit
Procuration as Ultimate FACT(s) of the Administrative
COMMON-LAW Record.  SEE ALSO: Pub.L. 79–404, 60 Stat.
237, enacted June 11, 1946, as amended.*

*FOR THE PURPOSE(s) OF THIS Instrument "Non-Response" is
inclusive of a "response' totally devoid of any EVIDENCE in
CONTROVERSY.*

## THE RECORD EVIDENCES:

1)    MINISTER came in good faith, peace and honor, and for curing
any defects along the way; and,

2)    MINISTER is a Constituent to, and Public MINISTER of, **The
State of Washington**, 1878, admitted to the union of the several
united States of America, 1789 – 1791, on 22 February, 1889 as
appears Published at Pierce county, Washington, Recorder's File
200009130560 incorporated here by reference as if fully reproduced
here, and is NOT a subject of the Territorial Municipal Corporation
organized by the Territorial Legislature on 23 December, 1889, whose
process name is "State of Washington", WSL 1889, ch. 11, and as
such is also a Constituent member to "We the People ..." who
Constituted the union of the several united States of America, 1789
– 1791 ("American Union"); and,

Yehovsha-Elohim; Yeshua-Mashiach; Aleph-Tav

REMOVAL

3)    GRANTOR(s) is /are a collection of Municipal corporations of the district of Columbia, initially incorporated 1793 – 1799 by Congress (see journals of House and Senate in National Archives), and their several subdivisions, agencies, and successors from time to time, and inclusive of the Municipal Corporations "City of Washington", "District of Columbia", "United States", "UNITED STATES", "United States of America", and "UNITED STATES OF AMERICA", and further are SUBJECT to Oath of Office CONTRACT(s) incorporating by reference the Constitution & laws of the Union of the several united States of America, 1789 – 1791, AND  as FIDUCIARY to "We the People ..." thereof, the faithful performance of the Terms & Conditions of said Oath /CONTRACT secured and insured by Surety(s) (see Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 1046 AND Pub. L. 97–258, Sept. 13, 1982, 96 Stat. 1046 ; Pub. L. 107–217, §3(h)(9), Aug. 21, 2002, 116 Stat. 1300 ; Pub. L. 108–178, §4(f)(2), Dec. 15, 2003, 117 Stat. 2641 ; Pub. L. 109–351, title IX, §901(b), (c), Oct. 13, 2006, 120 Stat. 2007); and,

4)    MINISTER brought the instant CLAIMS in Good Faith reliance on the FACT that those who've made a record of the Long History of Due Process Law did NOT commit fraud in Publishing Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 1776, Articles of Confederation, Constitution for the union of the several united States of America of 1789 – 1791, and Administrative Procedures Act(s); and,

## FACTS:

5)    MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress, inclusive of the Act(s) R.S. §722; Pub. L. 94–559, §2, Oct. 19, 1976, 90 Stat. 2641 ; Pub. L. 96–481, title II, §205(c), Oct. 21, 1980, 94 Stat. 2330 ; Pub. L. 102–166, title I, §§103, 113(a), Nov. 21, 1991, 105 Stat. 1074 , 1079; Pub. L. 103–141, §4(a), Nov. 16, 1993, 107 Stat. 1489 ; Pub. L. 103–322, title IV, §40303, Sept. 13, 1994, 108 Stat. 1942 ; Pub. L. 104–317, title III, §309(b), Oct. 19, 1996, 110 Stat. 3853 ; Pub. L. 106–274, §4(d), Sept. 22, 2000, 114

Yehershe-Elohim; Yashua-Mashisch; Aleph-Taw

**PRINCIPAL**

Stat. 804 entitled PROCEEDINGS IN VINDICATION OF RIGHTS, and CIVIL ACTION FOR DEPRIVATION OF RIGHTS, R.S. §1979; Pub. L. 96–170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104–317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 ; and,

6)    MINISTER relied in Good Faith on the FACT of the enactment of the Act of Congress known as **FREEDOM OF INFORMATION ACT**, Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 383; Pub. L. 90–23, §1, June 5, 1967, 81 Stat. 54; Pub. L. 93–502, §§ 1–3, Nov. 21, 1974, 88 Stat. 1561–1564; Pub. L. 94–409, §5(b), Sept. 13, 1976, 90 Stat. 1247; Pub. L. 95–454, title IX, §906(a)(10), Oct. 13, 1978, 92 Stat. 1225; Pub. L. 98–620, title IV, §402(2), Nov. 8, 1984, 98 Stat. 3357; Pub. L. 99–570, title I, §§1802, 1803, Oct. 27, 1986, 100 Stat. 3207–48, 3207–49; Pub. L. 104–231, §§3–11, Oct. 2, 1996, 110 Stat. 3049– 3054; Pub. L. 107–306, title III, §312, Nov. 27, 2002, 116 Stat. 2390; Pub. L. 110–175, §§3, 4(a), 5, 6(a)(1), (b)(1), 7(a), 8–10(a), 12, Dec. 31, 2007, 121 Stat. 2525–2530; Pub. L. 111–83, title V, §564(b), Oct. 28, 2009, 123 Stat. 2184; Pub. L. 114–185, §2, June 30, 2016, 130 Stat. 538; and,

7)    MINISTER Relies in Good Faith on the FACT that Congress did NOT commit Fraud in enacting and publishing the Administrative Procedure Act(s) thereby enacting the COMMON-LAW into a Statutory Process, to wit: act of June 11, 1946, ch. 324, 60 Stat. 237, as re-enacted /amended by and through Pub. L. 89–554, as amended; and,

## STANDING

8)    MANDATORY NOTICE [ER 201]: It is ADMITTED, AFFIRMED, and AGREED by all Parties that it is a FACT that longstanding, Published Record(s) recognize MINISTER's capacity as articulated:

**Bouvier's Law Dictionary**, 1856:

**MINISTER**, international law. This is the general name

Yehewehe-Elohim; Yeshua-Mashiach; Aleph-Taw

PRINCIPAL

given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.

2. The minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and be possesses all the rights essential to a public minister.;

and,

9)    It is a FACT that MINISTER has Standing to bring the instant action for the instant JUDGMENT due to the FACT that On 04 April, 2022, MINISTER, Kenneth – Wayne: Leaming, acting in his capacity as CONSTITUENT, went to the building, commonly addressed as 915 2nd Avenue, Seattle, Washington and as CONSTITUENT entered the building, MINISTER was contacted by AGENT(s) and Officers (Federal Police) of "UNITED STATES FEDERAL GOVERNMENT", and informed that MINISTER was to be searched (without a warrant) for the STATED purpose of infringing upon CONSTITUENT's Protected Right to Keep and Bear Arms (2nd Amendment); and,

10)   MINISTER's Constituents, inclusive of Kenneth – Wayne: Leaming, have been subjected to Search without Warrant under color of Law with the stated INTENT to INFRINGE upon the RIGHT to Keep and BEAR Arms in many circumstances and places by GRANTEE(s), inclusive of officers and agents acting for and /or under the supervision, guidance, and Instruction of GRANTEE(s) ; and,

11)   It is a FACT that after diligent Search of the language of the 2nd Amendment and the 4th Amendment, MINISTER could not find any Express (or implied) EXCEPTION(s) clause(s), or other such phraseology, in either Amendment – AND – the law is CLEARLY

Yehevde-Elohim; Yashua-Mashiach; Aleph-Tav

PRINCIPAL

ESTABLISHED that absent EXPRESS Exception language, THERE IS NO EXCEPTION as recognized by the one supreme Court and other longstanding authorities:

PHILLIP T. BREUER, PETITIONER v. JIM'S CONCRETE OF BREVARD, INC., No. 02–337, [538 U.S. 1 (2003)]

"... then the requirement of an "express provision" would call for nothing more than a "provision," pure and simple, leaving the word "expressly" without any consequence whatever. The need to take the express exception requirement seriously is underscored by examples of indisputable prohibitions of removal in a number of other statutes, e.g., §1445, which demonstrate that, when Congress wishes to give plaintiffs an absolute choice of forum, it is capable of doing so in unmistakable terms. Pp. 2-5."

"... "Express provision" must mean something more than any verbal hook for an argument."

BROTHERHOOD OF LOCOMOTIVE ENGINEERS et al., Appellants,
v.
CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al. Robert N. HARDIN, Prosecuting Attorney for the Seventh Judicial Circuit of Arkansas, etc., et al., Appellants, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO. et al.

86 S.Ct. 594, [Nos. 69, 71.], Argued Dec. 8 and 9, 1965., Decided Jan. 31, 1966.

Fn. 5: 'In the absence of a clearly expressed purpose so to do Congress will not be held to have intended to prevent

Yehevhe Elohim; Yashua Mashiach; Aleph-Tav

PRINCIPAL

the exertion of the police power of the states for the regulation of the number of men to be employed in such crews.' 283 U.S., at 256, 51 S.Ct., at 462.

Fn: 14 'I call attention to such statements as those of the Missouri Railroad Company v. Norwood, the Supreme Court case in 1930 in which the Court said, 'In the absence of a clearly stated purpose so to do Congress will not be held to have intended ...'"

BOUVIER's LAWDICTIONARY, 1856:

EXCEPTION, contracts. ...

2. To make a valid exception, these things must concur: 1. The exception must be by apt words; as, saving and excepting, &c. 2. It must be of part of the thing previously described, and not of some other thing. 3. It must be part of the thing only, and not of all, the greater part, or the effect of the thing granted; an exception, therefore, in a lease, which extends to the whole thing demised, is void. 4. It must be of such thing as is severable from the demised premises, and not of an inseparable incident. 5. It must be of a thing as he that accepts may have, and which properly belongs to him. 6. It must be of a particular thing out of a general, and not of a particular thing out of a particular thing. 7. It must be particularly described and set forth; a lease of a tract of land, except one acre, would be void, because that acre was not particularly described. Woodf. Landl. and Ten. 10; Co. Litt. 47 a; Touchs. 77; 1 Shepl. R. 337; Wright's R. 711; 3 John. R., 375 8 Conn. R. 369; 6 Pick. R. 499; 6 N. H. Rep. 421. Exceptions against common right and general rules are construed as strictly as possible. 1 Barton's Elem. Conv. 68

Yehovoh-Elohim; Yashua-Mashiach; Aleph-Tav

PRINCIPAL

3. An exception differs from a reservation; the former is always a part of the thing granted; the latter is of a thing not in esse but newly created or reserved. An exception differs also from an explanation, which by the use of a videlicet, proviso, &c., is allowed only to explain doubtful clauses precedent, or to separate and distribute generals, into particulars. 3 Pick. R. 272

EXPRESS. That which is made known, and not left to implication. The opposite of implied. It is a rule, that when a matter or thing is expressed, it ceases to be implied by law: expressum facit cessare tacitum. Co. Litt. 183; 1 Bouv. Inst. n. 97

CONSTITUENT. He who gives authority to another to act for him. 1 Bouv. Inst. n. 893

TO CONSTITUTE, contr. To empower, to authorize. In the common form of letters of attorney, these words occur, I nominate, constitute and appoint."

CONSTITUTION, government. The fundamental law of the state, containing the principles upon which the government is founded, and regulating the divisions of the sovereign powers, directing to what persons each of these powers is to be confided, and the, manner it is to be exercised as, the Constitution of the United States. See Story on the Constitution; Rawle on the Const. 2. The words constitution and government (q. v.) are sometimes employed to express the same idea, the manner in which sovereignty is exercised in each state. Constitution is also the name of the instrument containing the fundamental

*Yehovhe-Elohim; Yashua-Mashiack; Aleph-Tav*

**PRINCIPAL**

laws of the state. 3. By constitution, the civilians, and, from them, the common law writers, mean some particular law; as the constitutions of the emperors contained in the Code.

CONSTITUTION, contracts. The constitution of a contract, *is the making of the contract as, the written constitution* of a debt. 1 Bell's Com. 332, 5th ed.

The (*Supreme*) Court's decisions have held that the Due Process Clause protects two categories of substantive rights—those rights guaranteed by the first eight Amendments to the Constitution and ...   DOBBS v. *JACKSON WOMEN'S HEALTH ORGANIZATION, No. 19-1392. Argued December 1, 2021—Decided June 24, 2022;*

(a) In *District of Columbia v. Heller, 554 U. S. 570, and McDonald v. Chicago, 561 U. S. 742, the Court held that* the Second and Fourteenth Amendments protect an individual right to keep and bear arms for self-defense. Under Heller, when the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct, and to justify a [firearm (sic)] regulation the government must demonstrate that the regulation is consistent with the *Nation's historical tradition of [firearm (sic)] regulation.* NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC., ET AL. v. BRUEN, SUPERINTENDENT OF NEW YORK STATE POLICE, ET AL., No. 20–843. Argued November 3, 2021—Decided June 23, 2022;

## AGREED & AFFIRMED FACT(S)

Kenneth-Wayne: Leaming.
GRANTEE, Declarant
Public MINISTER

Yeheveshe-Elohim; Yashua-Mashiach; Aleph-Tav

**PRINCIPAL**

12) MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Federal Buildings /properties, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(s) by Non-Response Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

13) MINISTER Requested GRANTOR(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

14) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms (whether or not) concealed, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

15) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms after conviction for a crime, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

16) MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 2nd Amendment for Keeping and /or Bearing Arms upon presence of a Domestic Violence restraining order, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed and Admitted there is /are no such Exception by Non-Response; and,

17) MINISTER Requested GRANTOR(S)(s) produce the Express

Kenneth-Wayne: Leaming
GRANTEE, Declarant
Public MINISTER

Ycheveche-Elohim; Yashua-Hhashiach; Aleph-Taw

**PRINCIPAL**

Exception(s) clause(s) to the 4th Amendment for Federal Buildings /property, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

18)    MINISTER Requested GRANTOR(S)(s) produce the Express Exception(s) clause(s) to the 4th Amendment for travel, inclusive of air – sea – and /or ground, inclusive of supporting Convention Notes and other evidence of legislative intent, GRANTOR(S) Affirmed, admitted and AGREED there is /are no such Exception(s) by Non-Response; and,

19)    ALL RIGHTS HAVE BEEN RESERVED; and,

20)    Further MINISTER said not for the record.

Given under my Hand and Seal this day, 9 September 2022,

The State of Washington, 1878, ex rel.,

Kenneth-Wayne: Leaming.
MINISTER, Declarant, Proper Party, Public MINISTER.

EXHIBIT(s):
Administrative /COMMON-LAW Record(s).



FILED
LODGED
RECEIVED

MAIL

MAR 0 2 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

# THE FULL RECORD OF THE PROCEEDING MAY BE OBTAINED FROM THE CARROLL COUNTY, GEORGIA, SUPERIOR COURT CLERK

# -  OR  -

# Email: infamous.keny.01@gmail.com
# And request the full record file



FILED
LODGED
RECEIVED

MAIL

MAR 0 2 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

# THE FULL RECORD OF THE PROCEEDING MAY BE OBTAINED FROM THE CARROLL COUNTY, GEORGIA, SUPERIOR COURT CLERK

## -  OR  -

## Email: infamous.keny.01@gmail.com
## And request the full record file