Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WAYNE LEAMING,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SAMPSON, et al.,<br><br>Defendants. | NO. 2:23-cv-00333-RAJ<br><br>ORDER OF DISMISSAL |

On December 6, 2023, the Court entered an order dismissing Plaintiff's Complaint, but permitting leave to amend. Dkt. # 21. The Court allowed Plaintiff thirty (30) days following entry of the December 6, 2023 order to file an amended complaint. The Court indicated that if Plaintiff did not file an amended complaint that stated a claim for relief within that timeframe, the Court would dismiss this action with prejudice.

As Plaintiff has not filed an amended complaint, this matter is **DISMISSED** with prejudice.

DATED this 9th day of January, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1