HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH-WAYNE LEAMING,

    Plaintiff,

  v.

MATTHEW SAMPSON, *et al.*,

    Defendants.

Case No. 2:23-cv-333-RAJ

ORDER

    This matter is referred to this Court for the limited purpose of determining whether Plaintiff's appeal is frivolous or taken in bad faith. Dkt. # 25.  The Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith.

    The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal.  The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

    DATED this 31st day of January, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1